

# NUMBER 13-12-00368-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI—EDINBURG

JAVIER DE LA ROSA JR.,                                          Appellant,

v.

THE STATE OF TEXAS,                                          Appellee.

### On appeal from the 107th District Court
### of Cameron County, Texas.

## ORDER TO FILE APPELLATE BRIEF

### Before Justices Rodriguez, Garza, and Benavides
### Order Per Curiam

On July 22, 2014, this Court abated and remanded this cause to the trial court for further proceedings pursuant to Rule 38.8(b)(2) and (3) of the Texas Rules of Appellate Procedure. We ordered the trial court to utilize whatever means necessary to make appropriate findings and recommendations concerning the following: (1) whether

appellant desires to prosecute this appeal; (2) why appellant's counsel has failed to file a brief and whether counsel has effectively abandoned the appeal; (3) whether appellant has been denied effective assistance of counsel; (4) whether appellant's counsel should be removed; and (5) whether appellant is indigent and entitled to new court-appointed counsel.

On August 4, 2014, the trial court held a hearing and found that appellant's counsel, the Honorable Rebecca Rubane, has been ill and that appellant has not been denied effective assistance of counsel. The trial court further ordered that the Honorable Rebecca Rubane remain as appellant's counsel.

This Court has granted four previous motions for extension of time to file appellant's brief in this cause. To date, counsel has failed to comply with this Court's order.

**IT IS THEREFORE ORDERED that the Honorable Rebecca Rubane, counsel for appellant, file the appellate brief with this Court on or before August 18, 2014. If the Honorable Rebecca Rubane fails to file the appellate brief with this Court on or before August 18, 2014, then the Honorable Rebecca Rubane is ORDERED to appear in person on August 25, 2014, at 9:30 a.m. in the Courtroom of the Thirteenth Court of Appeals, located at 100 East Cano, Fifth Floor, Hidalgo County Administration Building, Edinburg, Texas, to show cause why she should not be held in contempt of court.**

The Clerk of this Court is ORDERED to serve a copy of this order on the Honorable

Rebecca Rubane by certified mail, return receipt requested.

It is so ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.3.

Delivered and filed the
11th day of August, 2014.